FRED NIELSEN, Appellant, *v.* COASTWISE DREDGING COMPANY, Respondent.

*Negligence — master and servant — marine engineer injured in the performance of his duty — failure to prove negligence on part of master.*

Nielsen v. Coastwise Dredging Co., 190 App. Div. 956, affirmed.

(Argued October 26, 1921; decided November 22, 1921.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 23, 1920, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer. The complaint alleged that while plaintiff was employed as third assistant engineer on a boat owned or operated by the defendant and was performing his duties, without fault on his part, and while he was in the act of placing an iron bar in between the drive wheels of the engine, in order to pry it into position, the bar slipped due to its defective, worn out, blunt and unseaworthy condition, as a result of which it struck the plaintiff and caused the injuries complained of. The Appellate Division held that plaintiff had failed to prove negligence on the part of defendant.

*Warren Bigelow* and *Silas B. Axtell* for appellant.

*Frederick Mellor* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.